# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-0703
Lower Tribunal No. 25-CC-001186

_____

ANA RABRENOVIC,

Appellant,

v.

FL SCHOOLHOUSE INVESTORS, LLC,

Appellee.

_____

Appeal from the County Court for Lee County.
Nicole Lynn Mirra, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Ana Rabrenovic, Fort Myers, pro se.

Elizabeth Barrett, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED